UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TRANSPORTATION SECURITY ADMINISTRATION, <br><br> Defendant. | Civil Action No. 25-0235 (DLF) |

## ANSWER

Defendant Transportation Security Administration, by and through the undersigned counsel, respectfully responds as follows to the separately numbered paragraphs and prayer for relief in Plaintiffs Gun Owners of America and Gun Owners Foundation's Complaint, ECF No. 1, in this case under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. Any allegations not specifically admitted, denied, or otherwise responded to below are denied. To the extent that the Complaint refers to or quotes from external documents, statutes, or other sources, Defendant may refer to such materials for their complete and accurate contents, but such references are not intended to be, and should not be construed as, an admission that the cited materials are (1) correctly cited or quoted by Plaintiffs, (2) relevant to this, or any other, action, or (3) admissible in this, or any other, action. For ease of reference, this Answer replicates the headings in the Complaint. While Defendant believes that such headings require no response, to the extent that a response is deemed required and those headings and titles could be construed to contain factual allegations, those allegations are denied.

1. This paragraph consists of Plaintiffs' characterization of this action, which requires no response. To the extent a response is required, Defendant denies that Plaintiffs are entitled to the relief requested or any relief whatsoever.

## JURISDICTION AND VENUE

2. This paragraph consists of legal conclusions, which require no response.

3. This paragraph consists of legal conclusions, which require no response.

## PARTIES

4. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

5. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

6. Defendant admits that it is a federal agency headquartered at the stated address. The remainder of this paragraph consists of legal conclusions, which require no response.

## STATEMENT OF FACTS

7. Defendant admits that Plaintiffs submitted the referenced FOIA request, which speaks for itself and is the best evidence of its contents. Defendant respectfully refers the Court to the FOIA request for a complete statement of its contents and denies any allegations inconsistent therewith.

8. Defendant admits that Plaintiffs submitted the referenced FOIA request, which speaks for itself and is the best evidence of its contents. Defendant respectfully refers the Court to the FOIA request for a complete statement of its contents and denies any allegations inconsistent therewith.

9. Defendant admits that it sent Plaintiffs the referenced response, which speaks for itself and is the best evidence of its contents. Defendant respectfully refers the Court to the response for a complete statement of its contents and denies any allegations inconsistent therewith.

10. Defendant admits that it sent Plaintiffs no responsive records as of January 28, 2025.

11. This paragraph consists of legal conclusions, which require no response.

12. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

13. This paragraph consists of legal conclusions, which require no response.

## COUNT I
### (Violation of FOIA, 5 U.S.C. § 552)

14. Defendant realleges and reincorporates as if fully set forth herein its responses to the prior paragraphs

15. This paragraph consists of legal conclusions, which require no response.

16. This paragraph consists of legal conclusions, which require no response. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

The remainder of the Complaint consists of Plaintiffs' request for relief, which requires no response. To the extent a response is required, Defendant denies that Plaintiffs are entitled to the relief requested or any relief whatsoever.

*   *   *

In further response to the Complaint, Defendant raises the following defenses. Defendant respectfully requests and reserves the right to amend, alter, and supplement the defenses in this

Answer as the facts and circumstances giving rise to the Complaint become known to Defendant throughout the course of this litigation.

<u>First Defense</u>

Plaintiff's FOIA request does not reasonably describe the records sought.

<u>Second Defense</u>

Defendant conducted an adequate search for records responsive to the FOIA requests.

<u>Third Defense</u>

Plaintiff is not entitled to production of records protected from disclosure by one or more applicable exemptions the release of which would foreseeably harm an interest that the exemption protects, or which are protected from disclosure by one or more applicable exclusions.

<u>Fourth Defense</u>

Plaintiff is not entitled to production of non-exempt portions of records that are not reasonably segregable from exempt portions of records.

<u>Fifth Defense</u>

The Court lacks subject matter jurisdiction over this action to the extent that any requested relief exceeds the relief authorized by the FOIA.

*   *   *

<u>Sixth Defense</u>

 Plaintiff is neither eligible for nor entitled to attorneys' fees or costs.

Dated: February 27, 2025

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By: /s/_____
  BRADLEY G. SILVERMAN
  D.C. Bar #1531664
  Assistant United States Attorney
  601 D Street NW
  Washington, DC 20530
  (202) 252-2575
  bradley.silverman@usdoj.gov

*Attorneys for the United States of America*