UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., et al.,<br><br>  Plaintiff,<br><br>  v.<br><br>TRANSPORTATION SECURITY ADMINISTRATION,<br><br>  Defendant. | Civil Action No. 25-0235 (DLF) |

**JOINT STATUS REPORT**

Pursuant to this Court's Minute Order (May 12, 2025), Plaintiffs Gun Owners of America, Inc. and Gun Owners Foundation and Defendant Transportation Security Administration, by and through undersigned counsel, respectfully file this Joint Status Report ("JSR") in this case under the Freedom of Information Act, 5 U.S.C. § 552. Defendant's search remains ongoing, and the parties respectfully request that the Court direct them to file another JSR by September 15, 2025.

\* \* \*

- 2 -

Dated: July 14, 2025

/s/ *Stephen D. Stamboulieh*
Stephen D. Stamboulieh
(DC District Court Bar # MS0009)
STAMBOULIEH LAW, PLLC
P.O. Box 428
Olive Branch, MS 38654
601-852-3440 (telephone)
stephen@sdslaw.us

Robert J. Olson
(D.C. Bar No. 1029318)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
703-356-5085 (fax)
rob@wjopc.com
*Attorneys for Plaintiffs*

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar. #481866
United States Attorney

By: /s/ Bradley G. Silverman
    BRADLEY G. SILVERMAN
    D.C. Bar #1531664
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2575
    bradley.silverman@usdoj.gov

*Attorneys for the United States of America*