UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., et al., <br><br> Plaintiff, <br><br> v. <br><br> TRANSPORTATION SECURITY ADMINISTRATION, <br><br> Defendant. | Civil Action No. 25-0235 (DLF) |

**JOINT STATUS REPORT**

Pursuant to this Court's Minute Order (July 30, 2025), Plaintiffs Gun Owners of America, Inc. and Gun Owners Foundation and Defendant Transportation Security Administration, by and through undersigned counsel, respectfully file this Joint Status Report ("JSR") in this case under the Freedom of Information Act, 5 U.S.C. § 552. While Defendant found responsive documents and the documents are under review, FOIAs were not processed during the lapse in appropriations. Defendant will need additional time for document review and hopes to make its production within the next couple of months. The parties respectfully request that the Court direct them to file another JSR by January 14, 2025.

\*   \*   \*

Dated: November 24, 2025

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh
(DC District Court Bar # MS0009)
STAMBOULIEH LAW, PLLC
P.O. Box 428
Olive Branch, MS 38654
601-852-3440 (telephone)
stephen@sdslaw.us

Robert J. Olson
(D.C. Bar No. 1029318)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
703-356-5085 (fax)
rob@wjopc.com
*Attorneys for Plaintiffs*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:   */s/ Robert J. Morris, II*
       ROBERT J. MORRIS, II
       D.C. Bar #1719434
       Assistant United States Attorney
       601 D Street, NW
       Washington, DC 20530
       (202) 252-2534
       robert.morris@usdoj.gov

*Attorneys for the United States of America*