UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GUN OWNERS OF AMERICA, INC., et al.,

    Plaintiff,

  v.

TRANSPORTATION SECURITY
ADMINISTRATION,

    Defendant.

Civil Action No. 25-0235 (DLF)

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order (Nov. 24, 2025), Plaintiffs Gun Owners of America, Inc. and Gun Owners Foundation and Defendant Transportation Security Administration, by and through undersigned counsel, respectfully file this Joint Status Report ("JSR") in this case under the Freedom of Information Act, 5 U.S.C. § 552. While Defendant found responsive documents and the documents are under review, FOIAs were not processed during the lapse in appropriations. Defendant will need additional time for document review and hopes to make its production within the next couple of months. The parties respectfully request that the Court direct them to file another JSR by March 14, 2025.

\*   \*   \*

| | |
|---|---|
| Dated: January 12, 2026 | Respectfully submitted, |
| /s/ Stephen D. Stamboulieh<br>Stephen D. Stamboulieh<br>(DC District Court Bar # MS0009)<br>STAMBOULIEH LAW, PLLC<br>P.O. Box 428<br>Olive Branch, MS 38654<br>601-852-3440 (telephone)<br>stephen@sdslaw.us | JEANINE FERRIS PIRRO<br>United States Attorney<br><br>By:   /s/ Robert J. Morris, II<br>ROBERT J. MORRIS, II<br>D.C. Bar #1719434<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-2534<br>robert.morris@usdoj.gov<br><br>*Attorneys for the United States of America* |
| Robert J. Olson<br>(D.C. Bar No. 1029318)<br>William J. Olson, P.C.<br>370 Maple Avenue West, Suite 4<br>Vienna, VA 22180-5615<br>703-356-5070 (telephone)<br>703-356-5085 (fax)<br>rob@wjopc.com<br>*Attorneys for Plaintiffs* | |